# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| KAREN M. DRAKE, ROBERT L. HYSLOP, JR., THERESA M. HYSLOP, JOY A. CAPKA, MARYANN DIRENZO, LEGAL ACCESS PLANS, L.L.C., LEGAL ACCESS MANAGEMENT GROUP, L.L.C., THE LEGALEASE GROUP, LEGAL ACCESS PLANS, INC, LEGAL ACCESS CONSULTING, L.L.C., D/B/A LEGAL PLANS USA, ROBERT L. HESTON, JR., PETER PRIDE AND KAREN HENKEL, | : | No. 363 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SAMUEL W. B. MILLINGHAUSEN, III; A/K/A SAMUEL MILLINGHAUSEN; A/K/A SAMUEL W. MILLINGHAUSEN, | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | : | |
| KAREN M. DRAKE, ROBERT L. HYSLOP, JR., THERESA M. HYSLOP, JOY A. CAPKA, MARYANN DIRENZO, LEGAL ACCESS PLANS, L.L.C., LEGAL ACCESS MANAGEMENT GROUP, L.L.C., THE LEGALEASE GROUP, LEGAL ACCESS PLANS, INC, LEGAL ACCESS CONSULTING, L.L.C., D/B/A LEGAL PLANS USA, ROBERT L. HESTON, JR., PETER PRIDE AND KAREN HENKEL, | : | No. 364 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

SAMUEL W. B. MILLINGHAUSEN, III; A/K/A   :
SAMUEL MILLINGHAUSEN; A/K/A            :
SAMUEL W. MILLINGHAUSEN,               :

        Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.